No. 02–11250. BASSO v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–11251. BUTCHER v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 02–11252. ANDREWS v. LEWIS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–11253. BAILEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11254. BONO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–11256. RICHARDSON v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–11257. REGAN v. HOWES, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–11258. SPENCER v. SNYDER, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–11259. MORALES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–11260. SHU GUO KAN v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 02–11261. LANZILOTTI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–11262. MEJIAS-NEGRON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–11263. LEWIS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–11264. PARKER v. PETTIFORD, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–11265. KULAS v. MIRANDA ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–11266. PENUELA-RAMIREZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.